IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: )
) Docket No. 10-647-M
RAINBOW ACRES FARM )
)

## ORDER

AND NOW this 19 day of April, upon consideration of the Government's Motion to Seal the Application for an Administrative Warrant, Declaration in Support of the Application and the Administrative Warrant to Inspect, and all accompanying docket papers, and after balancing the public right of access to court documents with the government's interest in conducting an inspection without advance notice, it is hereby **ORDERED that:**

The Application, Declaration, Warrant and any accompanying docket papers are sealed until further Order of the Court.

It is further **ORDERED that** the FDA investigators executing the search warrant are authorized to leave a copy of the search warrant and a receipt for any property seized at the property searched.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

<u>IN THE MATTER OF:</u>  )
                                            )  Docket No. 10-647-M
<u>RAINBOW ACRES FARM</u>   )
                                            )

## MOTION TO FILE APPLICATION, DECLARATION AND WARRANT UNDER SEAL

The United States of America is filing simultaneously with this Motion its Application for an Administrative Inspection Warrant and accompanying Declaration of Joshua Schafer and Warrant. The United States hereby moves to seal the Application, Declaration of Joshua Schafer and Warrant and accompanying docket papers until such time as the Warrant can be executed, to prevent the removal of any articles or a change in business practice. The documents will remain under seal until further order of the Court.

Respectfully Submitted,

MICHAEL L. LEVY
United States Attorney

_____
MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

_____
COLIN M. CHERICO
Assistant United States Attorney
Chestnut Street
Philadelphia PA 19106-4476
(215) 861-8788