<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Docket No. 10-647-M |
| RAINBOW ACRES FARM | ) |
| | ) |

<u>ORDER</u>

AND NOW this 20 day of April, upon consideration of the Government's Motion to Unseal the Application for an Administrative Warrant, Declaration in Support of the Application and the Administrative Warrant to Inspect, and all accompanying docket papers, it is hereby **ORDERED that:**

The Application, Declaration, Warrant and any accompanying docket papers are unsealed.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

<u>IN THE MATTER OF:</u>           )
                                  ) Docket No. 10-647-M
<u>RAINBOW ACRES FARM</u>         )

<u>**MOTION TO UNSEAL APPLICATION, DECLARATION AND WARRANT**</u>

The United States hereby moves to unseal the Application, Declaration of Joshua Schafer and Warrant and accompanying docket papers in above-captioned matter. The Administrative Warrant issued by the Court on April 19, 2010 has now been executed.

Respectfully Submitted,

MICHAEL L. LEVY
United States Attorney

*/s/ Margaret Hutchinson*
MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

*/s/ Colin Cherico*
COLIN M. CHERICO
Assistant United States Attorney
Chestnut Street
Philadelphia PA 19106-4476
(215) 861-8788